1040

No. 78–428. GAETANO ET AL. *v.* UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT (SILBERT, U. S. ATTORNEY, REAL PARTY IN INTEREST), *ante,* p. 924;

No. 78–5051. CARTER *v.* TEXAS, *ante,* p. 956; and

No. 78–5213. RODRIGUEZ *v.* UNITED STATES, *ante,* p. 920. Petitions for rehearing denied.

DECEMBER 5, 1978

No. 78–157. UNITED STATES *v.* EDWARDS. C. A. 8th Cir. Certiorari dismissed under this Court's Rule 60.

DECEMBER 11, 1978

No. 78–634. CLARENCE LABELLE POST No. 217, VETERANS OF FOREIGN WARS OF THE UNITED STATES. C. A. 8th Cir. Certiorari dismissed under this Court's Rule 60.

No. 78–602. TUSCAN DAIRY FARMS, INC. *v.* BARBER, COMMISSIONER OF AGRICULTURE AND MARKETS OF NEW YORK. Appeal from Ct. App. N. Y. Motion of The Great Atlantic & Pacific Tea Co., Inc., for leave to file a brief as *amicus curiae* granted. Appeal dismissed for want of substantial federal question. MR. JUSTICE POWELL and MR. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 78–608. LUMPKIN *v.* DEPARTMENT OF SOCIAL SERVICES OF NEW YORK ET AL. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.